1  PATRICK T. CONNOR, Bar No. 89136
   pconnor@deconsel.com
2  MARGARET R. GIFFORD, Bar No. 118222
   mgifford@deconsel.com
3  DeCARLO, CONNOR & SHANLEY
   A Professional Corporation
4  533 S. Fremont Avenue, 9th Floor
   Los Angeles, California 90071-1706
5  Telephone: 213/488-4100
   Telecopier: 213/488-4180
6
   ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST
7  ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES
   FOR THE CARPENTERS SOUTHWEST TRUSTS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>Plaintiffs,<br><br>v.<br><br>ONCORE PRO, INC., a California corporation; TIMOTHY GLENN JONES, an individual; MICHAEL BRUCE SILVERBERG, an individual; and DOES 1 through 10, inclusive,<br><br>Defendant. | CASE NO. CV 10-9070 SVW(JCx)<br><br>JUDGMENT<br><br>Before the Honorable<br>   Stephen V. Wilson<br><br>DATE: June 13, 2011<br>TIME: 1:30 p.m.<br>CTRM: 6 |

It appearing that defendant, ONCORE PRO, INC., a California corporation, having been regularly served with process, having failed to plead or otherwise defend this action and its default having been entered; on application of the CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, to

the Court and after having considered the papers and arguments submitted in support thereof, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS have judgment against ONCORE PRO, INC., a California corporation as follows:

| | | |
|---|---|---:|
| 1. | Unpaid contributions | $171,951.99 |
| 2. | Interest on the unpaid contributions pursuant to 29 U.S.C.A. 1132 (g)(2) (7 percent per annum) pursuant to the Trust Agreements from the due date to billing dates | 9,092.51 |
| 3. | Audit Fees | 4,575.27 |
| 4. | Interest from due dates to June 13, 2011 (accruing at $33.43 per day) | 23,128.82 |
| 5. | Interest pursuant to 29 U.S.C.A. 1132(g)(2)(C) (double interest on contributions) | 32,221.33 |
| 6. | Attorneys' fees pursuant to Local Rule 55-3 | 7,489.80 |
| | GRAND TOTAL | $248,459.72 |
| 7. | Plus costs to be determined after entry of judgment. | |
| 8. | Pursuant to 28 U.S.C. §1961(a), this judgment shall bear interest at the rate of .18% per annum. | |

DATED: 06/20/11

_____
THE HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

Presented by,

DeCARLO, CONNOR & SHANLEY
A Professional Corporation

By: /s/ Margaret R. Gifford 6/17/11
    MARGARET R. GIFFORD
    Attorney for Plaintiffs

2